UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RALPH BAKER, | : | Civil No. 09-3654 (SDW) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| MICHELLE RICCI, et al., | : | |
| Respondents. | : | |

An Amended Petition for Writ of Habeas Corpus (Docket Entry #6) having been filed in the above action, pursuant to 28 U.S.C. § 2254,

IT IS on this 29th day of October, 2010,

ORDERED that the Clerk shall serve copies of the Amended Petition (Docket Entry #6) and this Order upon Respondents and upon the Attorney General of the State of New Jersey, by certified mail, return receipt requested, with all costs of service advanced by the United States; and it is further

ORDERED that Respondents shall electronically file a full and complete answer to said Amended Petition within 45 days of the entry of this Order; and it is further

**ORDERED that Respondents' answer shall address exhaustion, whether a stay is warranted, see Heleva v. Brooks, 581 F. 3d 187 (3d Cir. 2009), as well as the merits of the grounds set forth in the Petition, 28 U.S.C. § 2254(b)(2), and shall adhere to the requirements of 28 U.S.C. § 2254 Rule 5; and it is further**

ORDERED that all non-jurisdictional affirmative defenses subject to waiver, such as timeliness, not raised in Respondents' answer or at the earliest practicable moment thereafter will

be deemed waived; and it is further

ORDERED that the answer shall indicate what transcripts (of pretrial, trial, sentencing, or post-conviction proceedings) are available, when they can be furnished, and what proceedings have been recorded but not transcribed; and it is further

ORDERED that Respondents shall attach to the answer parts of the transcript that the Respondent considers relevant and, if a transcript cannot be obtained, Respondent may submit a narrative summary of the evidence, see 28 U.S.C. § 2254 Rule 5(c); and it is further

ORDERED that Respondents shall file with the answer a copy of: (1) briefs that Petitioner submitted in an appellate court contesting the conviction or sentence, or contesting an adverse judgment or order in a post-conviction proceeding; (2) brief that the prosecution submitted in an appellate court relating to the conviction or sentence; and (3) opinions and orders relating to conviction or sentence, see 28 U.S.C. § 2254 Rule 5(d); and it is further

ORDERED that the answer shall contain an index of exhibits; and it is further

ORDERED that Respondents shall file the answer, the index of exhibits, and the exhibits electronically; and it is further

ORDERED that Petitioner shall file and serve a reply to the answer within 45 days of Petitioner's receipt of same, see 28 U.S.C. § 2254 Rule 5(e); and it is further

ORDERED that, within 7 days of Petitioner's release, be it on parole or otherwise, Respondents shall electronically file a written notice of same with the Clerk; and it is finally

ORDERED that the Clerk shall serve this Order on Petitioner by regular mail.

s/Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**